CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>Plaintiff,<br>v.<br><br>GORDON TUCKER, in individual and representative capacity as trustee of the Gordon & Katherine Tucker Trust; TUCKER'S VALLEY FURNITURE, INC., a California Corporation; and Does 1-10,<br><br>Defendants. | Case: 3:17-CV-00682-L-BGS<br><br>**NOTICE OF DISMISSAL OF DEFENDANT GORDON TUCKER ONLY** |

## NOTICE

PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses Defendant Gordon Tucker, in individual and representative capacity as trustee of the Gordon & Katherine Tucker Trust only, without prejudice.

Dated: May 22, 2017

CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff