CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MICHAEL R. WEINSTEIN (SBN: 106464)
mweinstein@ferrisbritton.com
SCOTT H. TOOTHACRE (SBN: 146530)
stoothacre@ferrisbritton.com
FERRIS & BRITTON
A Professional Corporation
501 West Broadway, Suite 1450
San Diego, California 92101
Telephone: (619) 233-3131
Facsimile: (619) 232-9316
Attorneys for Defendant
Tucker's Valley Furniture, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SCOTT SCHUTZA,

Plaintiff,

v.

GORDON TUCKER, in individual and representative capacity as trustee of the Gordon & Katherine Tucker Trust;
TUCKER'S VALLEY FURNITURE, INC., a California Corporation; and Does 1-10,

Defendants.

Case: 3:17-CV-00682-L-BGS

**JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**

# MOTION

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 22, 2017

CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: August 22, 2017

FERRIS & BRITTON

By: /s/ Michael R. Weinstein
Michael R. Weinstein
Scott H. Toothacre
Attorneys for Defendant
Tucker's Valley Furniture, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Michael R. Weinstein, counsel for Tucker's Valley Furniture, Inc., and that I have obtained Mr. Weinstein's authorization to affix his electronic signature to this document.

Dated: August 22, 2017

CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace

Phyl Grace
Attorneys for Plaintiff